# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BENJA SOMYOO,** ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| **RFA BRANDS, LLC d/b/a MyCharge,** ) | |
| **and SHENZEN TRUSDA INDUSTRIAL** ) | **Case No.: 1:23-cv-693** |
| **CO., LTD.,** ) | |
| **Defendants.** ) | |

## NOTICE OF MOTION

To: Gordon & Rees Scully Mansukhani
One North Franklin
Suite 800
Chicago, Illinois 60606

On _____, at _____ **a.m.**, the undersigned shall present to the **Honorable** Magistrate Judge Heather McShain, or any other Judge sitting in her stead in **Courtroom 1700, Eastern Division, Chicago, Illinois** the following **MOTION FOR DEFAULT,** a copy of which is attached hereto.

/s/ *Timothy J. Winfield* _____
Timothy J. Winfield
GOLDSTEIN BENDER & ROMANOFF
One North LaSalle Street, Suite 1000
Chicago, Illinois 60602
(312) 346-8558
twinfield@gbrlegal.com
ealerts@gbrmobile.com

## PROOF OF SERVICE

I, Timothy J. Winfield, under penalties as provided by law pursuant to 735 ILCS 5/1-109, hereby certify and state that the attached documents were sent to the designated recipient by email and/or facsimile before 5:00 p.m. on the 21st day of July 2023.

/s/ *Timothy J. Winfield* \_\_\_\_\_