# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **BENJA SOMYOO,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| **RFA BRANDS, LLC d/b/a MyCharge,** | ) | |
| **and SHENZEN TRUSDA INDUSTRIAL** | ) | Case No.: 1:23-cv-693 |
| **CO., LTD.,** | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |

## MOTION FOR DEFAULT

NOW COME the Plaintiff, BENJA SOMYOO, by and through his attorneys, GOLDSTEIN BENDER & ROMANOFF, and in moving this Honorable Court for the entry of an Order of Default against the Defendant, SHENZEN TRUSDA INDUSTRIAL CO., LTD, and in support thereof, states as follows:

1. The Plaintiff filed this personal injury cause of action alleging claims of product liability against defendants.

2. The Defendant, SHENZEN TRUSDA INDUSTRIAL CO., LTD, is a foreign corporation located in Shenzen, China.

3. Pursuant to 735 ILCS 5/2-2-9, "service of process upon any person who resides or whose business address is outside the United States and who is subject to the jurisdiction of the courts of this State, as provided in this Section, *in any action based upon product liability* may be made by serving a copy of the summons with a copy of the complaint attached upon the Secretary of State." (emphasis added).

1

4. The Defendant, SHENZEN TRUSDA INDUSTRIAL CO., LTD was served with Summons and the Complaint at Law on January 3, 2023 by serving the Illinois Secretary of State. (See *Proof of Service,* attached hereto, as **Exhibit "A."**)

5. To date, the Defendant has not appeared, answered, or otherwise plead to the Complaint at Law.

6. The Defendant, SHENZEN TRUSDA INDUSTRIAL CO., LTD, is in default for failure to answer or otherwise plead to the Complaint at Law.

WHEREFORE, the Plaintiffs respectfully requests the following relief from this Court:

A. That an order of default be entered against the Defendant, SHENZEN TRUSDA INDUSTRIAL CO., LTD; and

B. For such further relief as the court deems equitable and just under the circumstances.

Respectfully submitted,

/s/ *Timothy J. Winfield*

TIMOTHY J. WINFIELD

**GOLDSTEIN BENDER & ROMANOFF**
Attorneys for Plaintiff
One North LaSalle Street, Suite 1000
Chicago, Illinois 60602
(312) 346-8558
Atty No. 6210429
fjacobo@gbrlegal.com
twinfield@gbrlegal.com