# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Benja Somyoo

                Plaintiff,

v.                                                 Case No.: 1:23−cv−00693

                                                        Honorable John Robert Blakey

RFA Brands, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

       MINUTE entry before the Honorable John Robert Blakey: In light of Defendant's response [30], the Court denies without prejudice Plaintiff's motion for default judgment and strikes the 9/23/23 Notice of Motion date, see [26]. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.